# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

SHAWN D. STOWERS.,

           Plaintiff,

v.                                CIVIL ACTION NO.  2:25-cv-00326

FRANK BISIGNANO,
Commissioner of Social Security

           Defendant.

## MEMORANDUM OPINION AND ORDER

This action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On September 22, 2025, Magistrate Judge Aboulhosn submitted his Proposed Findings & Recommendations [ECF No. 9] ("PF&R") and recommended that the court **DENY** Plaintiff's Motion for Judgment on the Pleadings, **GRANT** the Commissioner's request to affirm the decision, **AFFIRM** the final decision, and **DISMISS** this matter from the court's docket. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DENIES** Plaintiff's Motion

for Judgment on the Pleadings, **GRANTS** the Commissioner's request to affirm the decision, **AFFIRMS** the final decision, and **DISMISSES** this matter from the court's docket.

The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented party and **DISMISS** this case from the court's docket.

ENTER: October 17, 2025

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE